UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE:  **Lisa Williams**                                                                                          Case No.

                        Debtor(s)                                                                                         Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

## Plan Summary

**A.** The Debtor's Plan Payment will be _____**$720.00 Monthly**_____, paid by  ☐ Pay Order or ☑ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$43,200.00**_____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**1%**___ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____**$0.00**_____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE:  **Lisa Williams**                                                                                    Case No.

                                  Debtor(s)                                                                        Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors.  The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition.  Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed.  Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Santander Consumer Usa<br>2014 Buick Lacross | $249.06 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Sandell Mobile Park | Residential Lease | Assumed | No |
| Uvalle Law Firm, PLLC | Attorney | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

## IV.  Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan.  Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated.  The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2).  Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Lisa Williams**                                           Case No.

                    Debtor(s)                                       Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

DEBTOR(S)' CHAPTER 13 PLAN

AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."*

_____           _____
Debtor                                                                                  Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Richard Karr Motors 2014 Buick LaCrosse |  | $346.00 |  |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
|  |  |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE:  **Lisa Williams**  Case No.

Debtor(s)  Chapter 13 Proceeding

☐ **AMENDED**   ☐ **MODIFIED**
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Davis Law Firm | $2,900.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Aaron's Rental<br>Couch, Loveseat, End Tbls, Coffee Tbls, TV Stnd, D | $2,713.07 | $2,350.00 | Pro-Rata | 0% | $2,713.07 | Pay claim amount |
| Rent One<br>Beds, Mattresses, Dressers, Nightstands | $4,891.59 | $1,600.00 | Pro-Rata | 0% | $4,891.59 | Pay claim amount |
| Santander Consumer Usa<br>2014 Buick Lacross | $24,304.30 | $19,925.00 | Pro-Rata | 5.25% | $27,665.09 | Pay claim amount |

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Lisa Williams**      Case No.

Debtor(s)      Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*

DEBTOR(S)' CHAPTER 13 PLAN

AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

---

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately **1%** of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,900.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$31,908.96** |
| Unsecured Claims | **$51,590.25** |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:
**None**

Respectfully submitted this date: __**3/6/2015**_____.

           **/s/ Evan Simpson**
           Evan Simpson
           3925 A S. Jack Kultgen Fwy.
           Waco, TX 76706
           Phone: (254) 399-9977 / Fax: (254) 399-9909
           (Attorney for Debtor)

**/s/ Lisa Williams**
Lisa Williams
4329 West Park Row Blvd.
Lot 102
Corsicana, Texas 75110
(Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE:  **Lisa Williams**                                   CASE NO.
*Debtor*

                                                             CHAPTER   13
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 6, 2015, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Evan Simpson**
Evan Simpson
Bar ID:24060612
Davis Law Firm
3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
(254) 399-9977

---

Aaron's Rental
2601 West 7th Avenue
Corsicana, TX 75110

Capio Partners Llc
xxxx6496
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090

Cash Central
PO BOX 6430
North Logan, UT 84341

Afni
xxxxxx2596
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701

Capio Partners Llc
xxxx2517
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090

Central Texas Radiological Assoc
4777 US Hwy 259 N
Longview, TX 75605

Arbors of Corsicana
1300 N. 45th St
Corsicana, TX 75110

Capio Partners Llc
xxxx8453
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090

City of Wortham Municipal Court
PO BOX 1310
Round Rock, TX 78680

Capio Partners Llc
xxxx7823
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090

Cash 1
8450 W. Sahara Avenue Ste 114
Las Vegas, NV 89117

Commonwealth Financial
xxxxxxx63N1
245 Main Street
Dickson City, PA 18519

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Lisa Williams**                                                          CASE NO.
*Debtor*

                                                                                   CHAPTER  **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Commonwealth Financial<br>xxxxxxx55N1<br>245 Main Street<br>Dickson City, PA 18519 | Cooks Childrens Medical Center<br>PO BOX 2209<br>Addison, TX 75001 | Financial Control Svc<br>xxxxxxxxxxx4321<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710 |
| Commonwealth Financial<br>xxxxxxx62N1<br>245 Main Street<br>Dickson City, PA 18519 | Covington Credit<br>117 W. Collins St<br>Corsicana, TX 75110 | First Cash Direct<br>PO Box 910<br>Euless, TX 76039 |
| Commonwealth Financial<br>xxxxxxx11N1<br>245 Main Street<br>Dickson City, PA 18519 | Credit Collections<br>302 E. Church Ave<br>Killeen, TX 76541 | First Finance<br>211 N Beaton St<br>Corsicana, TX 75110 |
| Commonwealth Financial<br>xxxxxxx05N1<br>245 Main Street<br>Dickson City, PA 18519 | East Texas Medical Center<br>PO Box 1939<br>Athens, TX 75751 | Five Lakes Agency Inc<br>PO BOX 80730<br>Rochester, MI 48308 |
| Commonwealth Financial<br>xxxxxxx73N1<br>245 Main Street<br>Dickson City, PA 18519 | ECMC<br>xxxxxxx0002<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Fort Parker Emergency Physicians<br>PO BOX 98722<br>Las Vegas, NV 89193 |
| Community National<br>PO Box 569100<br>Dallas, TX 75356 | ECMC<br>xxxxxxx0001<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Freestone Credit Union<br>613 Main Street<br>Teague, TX 75860 |
| Cooks Children's Physician Network<br>PO Box 9044<br>Belfast, ME 04915-9044 | ECMC<br>xxxxxxx0003<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Freestone Emergency Medicine ASC<br>PA<br>P.O. Box 1197<br>San Antonio, TX 78294-1197 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: <u>Lisa Williams</u>                                         CASE NO.
                    *Debtor*

                                                                    CHAPTER    13
_____
                    *Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Harvard Collection<br>xxxx3327<br>Harvard Collection Services<br>4839 N Elston Avenue<br>Chicago, IL 60630 | Merc Adj Bur<br>xxxx4880<br>PO Box 9016<br>Williamsville, NY 14231 | Providence Healthcare Network<br>P.O. Box 2589<br>Waco, TX  76702 |
| Harvard Collection<br>xxxx0286<br>Harvard Collection Services<br>4839 N Elston Avenue<br>Chicago, IL 60630 | Midland Funding<br>xxxxxx2192<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Ray Hendren<br>3410 Far West Blvd. #200<br>Austin, TX 78731 |
| Harvard Collection<br>xxxx4519<br>Harvard Collection Services<br>4839 N Elston Avenue<br>Chicago, IL 60630 | MVBA<br>PO Box 1310<br>Round Rock, TX 78680 | Receivables Performanc<br>xxxx9084<br>20816 44th Ave W<br>Lynnwood, WA 98036 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Northland Cable<br>1500 N. Beaton<br>Corsicana, TX 75110 | Rent One<br>1809 West 7th Avenue<br>Corsicana, TX 75110 |
| Lisa Williams<br>4329 West Park Row Blvd.<br>Lot 102<br>Corsicana, Texas 75110 | Patientaccsv<br>xxx0873<br>5100 W Copans Rd<br>Margate, FL 33063 | Richard Karr Motors<br>c/o John B. Fisher III<br>P.O. Box 7006<br>Waco, TX 76714 |
| Longbotham Furniture<br>109 West Navasota Street<br>Groesbeck, TX 76642 | Pheonix Financial Services<br>PO BOX 26280<br>Indianapolis, IN 46226 | Running Buffalo Emerg Physicians<br>PO BOX 98779<br>Las Vegas, NV 89193 |
| Matthew Thomas & Assoc<br>xxxxx4842<br>335 N Washington St Ste<br>Hutchinson, KS 67501 | Pinnacle Credit Servic<br>xxx2248<br>7900 Highway 7 # 100<br>Saint Louis Park, MN 55426 | Santander Consumer Usa<br>xxxxxxxxxxxx1000<br>8585 N Stemmons Fwy Ste 1100-n<br>Dallas, TX 75247 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: __Lisa Williams_____  CASE NO.
*Debtor*

_____  CHAPTER  13
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

---

Security Credit Loan C
491
317 E Commerce St
Mexia, TX 76667

Synerprise Consulting Service
2809 Regal Rd., Ste. 107
Plano, TX 75075

Security Finance
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

United Consumer Financial Services
xxxx8859
865 Bassett Rd
Westlake, OH 44145

Senex Services Corp
xxxxxx86N1
333 Founds Rd
Indianapolis, IN 46268

Wakefield & Assoc
xxKLG8
10800 E Bethany Dr Ste 4
Aurora, CO 80014

Senex Services Corp
xxxxxx60N1
333 Founds Rd
Indianapolis, IN 46268

Wells Fargo
P.O. Box 54349
Los Angeles, CA  90054-0349

Senex Services Corp
xxxxxx57N1
333 Founds Rd
Indianapolis, IN 46268

West Asset Management
xxxx3538
2703 N Highway 75
Sherman, TX 75090

Senex Services Corp
xxxxxx94N1
333 Founds Rd
Indianapolis, IN 46268

Westlake Financial Services
PO BOX 76809
Los Angeles, CA 90076

Shady Log Cabins
1510 W Hwy 84
Fairfield, TX 75840

World Finance Corp
xxxxxxx8001
World Acceptance Corp/Attn
Bankruptcy
PO Box 6429
Greenville, SC 29606